**PAWB FORM 29 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

12-10676

| | | |
|---|---|---|
| In Re: **Kenneth W Sterling** **Jodi Sterling** | : : : : | Bankruptcy No. Chapter **13** |
| Debtor | : : | |
| **Kenneth W Sterling** **Jodi Sterling** Movant | : : : : | Related to Document No. 1 |
| v. | : : | |
| No Respondent | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Daniel P. Foster PA 92376**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Daniel P. Foster PA**
Signature
**Daniel P. Foster PA 92376**
Typed Name
**PO Box 966**
**Meadville, PA 16335**
Address
**814.724.1165 Fax:814.724.1158**
Phone No.
**92376**
List Bar I.D. and State of Admission

12-10676

AARP Medicare Rx Plans
PO Box 29300
Hot Springs National Park, AR 71903

American Security Insurance Company
PO Box 50335
Atlanta, GA 30302

Cach Llc / Square Two Financial
4340 South Monaco Street
2nd Floor
Denver, CO 80237

CACV of Colorado LLC
370 17th Street
Denver, CO 80202

Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX 75093

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Cbe Group
1309 Technology Parkway
Cedar Falls, IA 50613

Central Credit / Penn Credit Corporation
916 South 14th Street
Harrisburg, PA 17104

Comm Consumer Discount Company
Po Box 863
Warren, PA 16365

Credit Protection Association
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380

Enhanced Recovery Corporation
Attention: Client Services
8014 Bayberry Road
Jacksonville, FL 32256

Federal Pac Company
1795 West 2300 Street
Salt Lake City, UT 84119

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107

12-10676

12-10676

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

Ford Credit
PO Box 6275
Deerborn, MI 48121

GE Money Bank / HH Gregg
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

GE Money Bank / JCPenney
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Great Lakes Home Healthcare
PO Box 643730
Pittsburgh, PA 15264

Hamot Medical Center
C/O Patient Accounts
201 State Street
Erie, PA 16550

Hamot Surgery Center, LLC
200 State Street
Erie, PA 16507

Hsbc / RS
Attn: Bankruptcy Department
Po Box 5263
Carol Stream, IL 60197

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

IC Systems, Inc.
Attn: Bankruptcy
Po Box 64378
Saint Paul, MN 55164

Instant Diagnostic Systems
PO Box 2449
Decatur, AL 35602

Law Firm of Allan C. Smith, PC
The Bucks County Office Center
1276 Veterans Highway
Suite E-1
Bristol, PA 19007

12-10676

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

Nfo Irvine Federal Credit Union
Po Box 723
Warren, PA 16365

North American Partners in Anesthesia
Pennsylvania, LLP
PO Box 275
Glen Head, NY 11545

Northwest Savings Bank
100 Liberty Street
Warren, PA 16365

Onemain Financial
Po Box 499
Hanover, MD 21076

Palisades Collection, LLC
PO Box 1244
Englewood Cliffs, NJ 07632

Providian / Chase
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Sams Club / GE Money Bank
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Sears / Cbna
Po Box 6189
Sioux Falls, SD 57117

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566

Tractor / Cbsd
Po Box 6500
Sioux Falls, SD 57117

Warren County Tax Claim Bureau
204 4th Avenue
Warren, PA 16365

12-10676

Warren General Hospital
Two Crescent Park West
PO Box 68
Warren, PA 16365

Weisfield Jewelers/Sterling Jewelers Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309

Weisfield Jewelers/Sterling Jewelers Inc
Attention: Bankruptcy
Po Box 1799
Akron, OH 44309

Wyrhsr Mtg / Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165