# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-10676-TPA |
| | : | |
| Kenneth W. Sterling and | : | CHAPTER 13 |
| Jodi Sterling, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

March 10, 2012 – Wife

March 24, 2012

April 7, 2012

April 21, 2012

May 5, 2012

Next Payment Advice Expected (post-filing):

May 19, 2012 – Wife

STERLING, KENNETH W. AND JODI

RUN DATE: 05-02-12

UNITED REFINING COMPANY
EARNINGS BY CLOCK

YEAR ENDING 2012

00868 - 023 JODI L STERLING

| | REG/HRS | OT/HRS | PR/HRS | REG/EARN | OT/EARN | PR/EARN | GROSS/EARN | TIPS | FIT | FICA | STATE | CITY | PA-UI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-10-12 | 80.00 | 10.00 | | 972.00 | 182.25 | --- | 1,154.25 | | 151.92 | 64.58 | 35.09 | 11.43 | 0.92 |
| 03-24-12 | 72.00 | 9.00 | | 874.80 | 184.03 | 97.20 | 1,136.03 | | 149.34 | 63.55 | 34.53 | 11.25 | 0.91 |
| 04-07-12 | 59.25 | 7.00 | 8.00 | 719.89 | 127.58 | 252.11 | 1,099.58 | | 144.20 | 61.49 | 33.41 | 10.88 | 0.88 |
| 04-21-12 | 58.50 | 8.00 | 21.50 | 710.78 | 145.80 | 261.23 | 1,117.81 | | 146.77 | 62.53 | 33.97 | 11.06 | 0.89 |
| 05-05-12 | 75.00 | 8.00 | 5.00 | 911.25 | 145.80 | 60.75 | 1,117.80 | | 146.77 | 62.53 | 33.97 | 11.06 | 0.89 |
| | 612.75 | 87.00 | 107.25 | 7,444.92 | 1,585.60 | 1,303.09 | 10,333.61 | | 1,959.52 | 578.16 | 314.12 | 102.30 | 8.26 |
| Y-T-D: | 612.75 | 87.00 | 107.25 | 7,444.92 | 1,585.60 | 1,303.09 | 10,333.61 | | 1,959.52 | 578.16 | 314.12 | 102.30 | 8.26 |

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CASE NO. 12-10676-TPA
                                                :
        Kenneth W. Sterling and                 :
        Jodi Sterling,                          :        CHAPTER 13
                        Debtors                 :
                                                :
        Kenneth W. Sterling,                     :
                        Movant                   :        Filed Pursuant to Rule 1007-4


## VERIFICATION REGARDING PROOF OF INCOME

I, **Kenneth W. Sterling**, hereby state as follows:

1.) I am disabled; therefore I am unable to provide (6) months of pay advices.

2.) I receive Social Security Disability in the amount of $1,650.00 per month.

3.) I also receive a Pension in the amount of $92.34 per month.

4.) I was required to file 2010 – 2011 tax returns; therefore I have submitted the same to the Trustee.

5.) I have submitted to the Trustee proof of income from all sources I have in my possession.


     I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.


Date: __June 1, 2012_____                      __/s/ Kenneth W. Sterling_____
                                                Debtor