UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth W. Sterling and Jodi Sterling<br>Debtor(s) | BANKRUPTCY CASE NUMBER<br>12-10676-TPA |
| Manufacturers and Traders Trust Company,<br>as Trustee, on Behalf of the Holders of the<br>Home Equity Loan Pass-Through Certificates,<br>Series 1999-3, By and Through its Loan<br>Servicing Agent, Select Portfolio Servicing, Inc.<br>    Movant | CHAPTER 13<br><br>Docket Number _____<br><br>RELATED TO DOCUMENT 12 |
| v. | |
| Kenneth W. Sterling and Jodi Sterling<br>    Respondent(s) | |
| Ronda J. Winnecour, Standing Trustee | |

MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE HOME EQUITY LOAN PASS-THROUGH CERTIFICATES, SERIES 1999-3,
BY AND THROUGH ITS LOAN SERVICING AGENT,
SELECT PORTFOLIO SERVICING, INC.S OBJECTION TO
<u>CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION</u>

Manufacturers and Traders Trust Company, as Trustee, on Behalf of the Holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc., by and through its counsel, Kristen D. Little, Esquire, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1.      On or about May 8, 2012, the Debtors, Kenneth W. Sterling and Jodi Sterling, filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. (a) The Debtors' proposed Chapter 13 Plan provides for the payment of only $8,000 towards pre-Petition arrears due to Manufacturers and Traders Trust Company, as Trustee, on Behalf of the Holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. (Exhibit "A"; Copy of Debtors' proposed Chapter 13 Plan).

(b) Manufacturers and Traders Trust Company, as Trustee, on Behalf of the Holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc.'s Proof of Claim establishes that the pre-Petition arrears total $16,341.40 (Exhibit "B"; Copy of Mortgagee's Proof of Claim).

(c) The Debtor's Verified Schedule "I" reflects that the Debtor's total net monthly income is $3,875.29 (Exhibit "C", Copy of Schedule I);

(d) The Debtor's Verified Schedule "J" reflects that the Debtor's total excess income is $1,792.79 (Exhibit "D", Copy of Schedule J);

(e) The Mortgagee believes, and therefore avers, that the Debtors are without the financial wherewithal to propose a feasible Plan.

3. Debtors' Plan fails to comply with 11 U.S.C. §1322.

4. Debtors' Plan fails to comply with 11 U.S.C. §1325.

5. The Plan does not provide for payment of future taxes and maintenance of hazard insurance.

WHEREFORE, the Mortgagee, Manufacturers and Traders Trust Company, as Trustee, on Behalf of the Holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc., respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's Bankruptcy Petition be dismissed; and for such other relief as this Court deems appropriate.

Dated: June 12, 2012

Respectfully submitted,

THE LAW OFFICES OF BARBARA A. FEIN, P.C.

BY:   /s/ Kristen D. Little, Esquire
      Attorney ID 79992
      Attorney for Manufacturers and Traders Trust Company, as Trustee, on Behalf of the Holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc.
      721 Dresher Road, Suite 1050
      Horsham, PA 19044
      Phone - 215-653-7450
      Fax - 215-653-7454
      E-mail: kristenl@lobaf.com