# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 12-10676-TPA |
| | : | |
| Kenneth W. Sterling and | : | CHAPTER 13 |
| Jodi Sterling, | : | |
|     Debtors, | : | |
| _____ | : | DOCKET NO.: |
| Kenneth W. Sterling and | : | |
| Jodi Sterling, | : | |
|     Movants, | : | HEARING DATE AND TIME: |
| | : | |
| vs. | : | |
| | : | |
| Warren Area Federal Credit Union, | : | |
|     Respondent, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

## MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE
## WHICH IMPAIRS EXEMPTIONS OF THE DEBTORS

    **AND NOW** come the Debtors, Kenneth W. Sterling and Jodi Sterling, by and through their attorney, DANIEL P. FOSTER, of FOSTER LAW OFFICES, and files the within MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON RESIDENTIAL REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTORS and in support thereof, aver as follows:

1. Movants, Kenneth W. Sterling and Jodi Sterling, are adult individuals residing at 4422 Hatch Run Road, Warren, PA 16365.

2. On May 8, 2012, the Movants filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code at the above referenced case.

3. This Motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judgment lien held by Warren Area Federal Credit Union on real property used as the Debtors' residence.

4. On or about March 30, 2005, Warren Area Federal Credit Union obtained a judgment lien in Warren County, Pennsylvania and on the real property used as the Movant's residence at 4422

Hatch Run Road, Warren, PA 16365, Parcel ID WN-6-4252, in the amount of Two Thousand Seven Hundred Forty Dollars and Two cents ($2,740.02) at the docket number of 2005-80174. (See Exhibit "A")

5. The Movants' interest in property referred to in the preceding paragraph and encumbered by the lien has been claimed as fully exempt and does not exceed Ninety-Three Thousand Eight Hundred Fifty-Eight Dollars and Fifty-Three Cents ($93,858.53). More specifically:

- Value of Home per 2012 Tax Assessment         $93,858.53
- Select Portfolio Servicing's Secured Mortgage
  Obligation per Schedule D                    $79,895.00
- Total 11 U.S.C. § 522 (d)(1) Claimed         $ 13,963.53
- Total 11 U.S.C. § 522 (d)(1) Available       $29,286.47
- Total NON-EXEMPT Amount                      $     0.00

6. The existence of Warren Area Federal Credit Union's lien on Debtors' real property impairs exemption to which the Debtors would be entitled to under 11 U.S.C. § 522 (d)(1).

**WHEREFORE,** the Debtors pray for an Order against Warren Area Federal Credit Union for the cancellation and avoidance of the judgment lien on their residential real estate, and for such additional or alternative relief as may be just and proper.

Date: June 19, 2012

Respectfully Submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA ID 92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com