```
2005-80174   WARREN AREA FEDERAL CREDIT UN (vs) JODI STERLING ET AL

Reference No..:                                    Filed........:  3/30/2005
Case Type.....: TRANSCRIPT DJ                      Time.........:      10:30
Judgment......              .00                    Execution Date  0/00/0000
Judge Assigned:                                    Jury Trial....
Disposed Desc.:                                    Disposed Date.  0/00/0000
----------- Case Comments -------------            Higher Crt 1.:
                                                   Higher Crt 2.:

****************************************************************************
         General Index                          Attorney Info
****************************************************************************

WARREN AREA FEDERAL CREDIT          PLAINTIFF
UNION
   1513 PA AVE E
   WARREN, PA  16365


STERLING JODI                       DEFENDANT
   888 HATCH RUN RD
   WARREN, PA  16365


STERLING KENNETH                    DEFENDANT
   888 HATCH RUN RD
   WARREN, PA  16365


****************************************************************************
         Judgment Index                 Amount      Date      Desc
****************************************************************************

STERLING JODI                       2,740.02    3/30/2005   TRANS DJ JUDGMENT

STERLING KENNETH                    2,740.02    3/30/2005   TRANS DJ JUDGMENT

****************************************************************************
*  Date      Entries                                                       *
****************************************************************************

              - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - -
3/30/2005   JUDGMENT FROM DOCKET OF DISTRICT JUSTICE A.W. ZERBE IN THE AMOUNT
            OF $2,740.02 PLUS COSTS AND INTEREST AS FILED.
            ----------------------------------------------------------
3/30/2005   NOTICE OF ENTRY OF JUDGMENT SENT TO DEFENDANT. COPY FILED.
            ----------------------------------------------------------
4/01/2005   MAILING TO DEFENDANT RETURNED
              - - - - - - - - - - - LAST ENTRY - - - - - - - - - - -

****************************************************************************
*                              Escrow Information                          *
* Fees & Debits            Beg Bal    Pymts/Adj    End Bal                 *
****************************************************************************

   JDMT AUTO FEE             5.00        5.00        .00
   JDMT TRANS DJ            12.00       12.00        .00
   TRANS DJ TAX               .25         .25        .00
```

Exhibit "A"

2005-80174   WARREN AREA FEDERAL CREDIT UN (vs) JODI STERLING ET AL

```
Reference No..:                                  Filed........:  3/30/2005
Case Type.....: TRANSCRIPT DJ                    Time.........:     10:30
Judgment......          .00                      Execution Date  0/00/0000
Judge Assigned:                                  Jury Trial....
Disposed Desc.:                                  Disposed Date.  0/00/0000
----------- Case Comments -------------          Higher Crt 1.:
                                                 Higher Crt 2.:
                      ---------------------------  -----------
                            17.25         17.25         .00
```

```
**************************************************************************
*             End of Case Information                                     *
**************************************************************************
```

Exhibit "A"