**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 12-10676-TPA |
| | : | |
| Kenneth W. Sterling and | : | CHAPTER 13 |
| Jodi Sterling, | : | |
| Debtors, | : | |
| _____ | : | DOCKET NO.: |
| Kenneth W. Sterling and | : | |
| Jodi Sterling, | : | |
| Movants, | : | HEARING DATE AND TIME: |
| | : | |
| vs. | : | |
| | : | |
| Warren Area Federal Credit Union, | : | |
| Respondent, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS'**
**MOTION TO AVOID WARREN AREA FEDERAL CREDIT UNION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants' response to the motion no later than **July 6, 2012**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **July 18, 2012 at 10:00 a.m.** before Chief Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: June 19, 2012

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

  I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Notice of Hearing along with the Debtor's Motion to Avoid the lien of Warren Area Federal Credit Union, by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **June 19, 2012** | *By: /s/ Clarissa Hunter* |
| | Clarissa Hunter, PARALEGAL |
| | FOSTER LAW OFFICES |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

MATRIX

Office of the US Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Kenneth W. Sterling
Jodi Sterling
PO Box 1513
Warren, PA 16365

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Warren Area Federal Credit Union
1513 PA Avenue East
Warren, PA 16365