**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 12-10676-TPA |
| | : | |
| Kenneth W. Sterling and | : | CHAPTER 13 |
| Jodi Sterling, | : | |
|     Debtors, | : | |
| _____ | : | DOCKET NO.: |
| Jodi Sterling, | : | |
|     Movant, | : | HEARING DATE AND TIME: |
| | : | |
| vs. | : | |
| | : | |
| CACV of Colorado, LLC, | : | |
|     Respondent, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

**MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE**
**WHICH IMPAIRS EXEMPTIONS OF THE DEBTORS**

    **AND NOW** come the Debtors, Kenneth W. Sterling and Jodi Sterling, by and through their attorney, DANIEL P. FOSTER, of FOSTER LAW OFFICES, and files the within MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON RESIDENTIAL REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTORS and in support thereof, aver as follows:

1. Movant, Jodi Sterling, is an adult individual residing at 4422 Hatch Run Road, Warren, PA 16365.

2. On May 8, 2012, the Movant filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code at the above referenced case.

3. This Motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judgment lien held by CACV of Colorado, LLC on real property used as the Debtors' residence.

4. On or about April 7 2011, CACV of Colorado, LLC obtained a judgment lien in Warren County, Pennsylvania and on the real property used as the Movant's residence at 4422 Hatch Run Road, Warren, PA 16365, Parcel ID WN-6-4252, in the amount of Seven Thousand Fifty-Nine Dollars and Thirty-Nine cents ($7,059.39) at the docket number of 2011-70023. (See Exhibit "A")

5. The Movant's interest in property referred to in the preceding paragraph and encumbered by the lien has been claimed as fully exempt and does not exceed Ninety-Three Thousand Eight Hundred Fifty-Eight Dollars and Fifty-Three Cents ($93,858.53). More specifically:

- Value of Home per 2012 Tax Assessment $93,858.53
- Select Portfolio Servicing's Secured Mortgage Obligation per Schedule D $79,895.00
- Total 11 U.S.C. § 522 (d)(1) Claimed $ 13,963.53
- Total 11 U.S.C. § 522 (d)(1) Available $29,286.47
- Total NON-EXEMPT Amount $      0.00

6. The existence of CACV of Colorado, LLC's lien on Debtors' real property impairs exemption to which the Debtors would be entitled to under 11 U.S.C. § 522 (d)(1).

**WHEREFORE,** the Debtors pray for an Order against CACV of Colorado, LLC for the cancellation and avoidance of the judgment lien on their residential real estate, and for such additional or alternative relief as may be just and proper.

Date:  June 19, 2012                                                          Respectfully Submitted,
                                                                              /s/ Daniel P. Foster, Esquire
                                                                              Daniel P. Foster, Esquire
                                                                              PA ID 92376
                                                                              FOSTER LAW OFFICES
                                                                              PO Box 966
                                                                              Meadville, PA 16335
                                                                              Phone: 814.724.1165
                                                                              Fax: 814.724.1158
                                                                              Dan@MrDebtBuster.com