```
2011-70023   CACV OF COLORDAO LLC (vs) JODI L STERLING

Reference No..: AD323-09/CD73-10                Filed........: 4/07/2011
Case Type.....: WRIT OF EXECUTION               Time.........:      1:00
Judgment......       7059.39                    Execution Date  0/00/0000
Judge Assigned:                                 Jury Trial....
Disposed Desc.:                                 Disposed Date.  0/00/0000
------------ Case Comments ------------         Higher Crt 1.:
                                                Higher Crt 2.:


****************************************************************************
         General Index                          Attorney Info
****************************************************************************

  CACV OF COLORADO LLC                 PLAINTIFF
    4340 S MONACO ST 2ND FLOOR
    DENVER, CO   80237



  STERLING JODI L                      DEFENDANT
    888 HATCH RUN ROAD
    WARREN, PA   16365-1513



****************************************************************************
        Judgment Index                   Amount      Date     Desc
****************************************************************************

  STERLING JODI L                      7,059.39   4/07/2011  WRIT OF EXECUTION

****************************************************************************
*  Date     Entries                                                        *
****************************************************************************

            - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - - -
  4/07/2011 PRAECIPE FOR WRIT OF EXECUTION (MONEY JUDGMENT) IN THE AMOUNT OF
            $7,059.39 PLUS COSTS AND INTEREST AS FILED AT AD323-2009 AND CD
            73-2010 BY HARRISON ROSS BYCK,ESQ.
            ----------------------------------------------------------------
  4/07/2011 WRIT OF EXECUTION ISSUED TO SHERIFF FOR SERVICE.
            ----------------------------------------------------------------
  6/14/2011 SHERIFF'S RETURN FILED AS FOLLOWS:
            AND NOW,TO-WIT: JUNE 13,2011,AS COMMANDED AND BY VIRTUE OF THE WRIT
            HERETO ATTACHED,I HAVE CAUSED TO BE MADE STRICT AND DILIGENT SEARCH
            BUT WAS UNABLE TO FIND ANY PROPERTY OF THE DEFENDANTS,LIABLE TO
            SEIZURE UNDER THE WRIT,WHEREON $179.25.
            THIS WRIT IS TO BE NOT SATISFIED.
            SO ANSWERS:
            /S/ LARRY E. KOPKO,SHERIFF
            - - - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - -

****************************************************************************
*                             Escrow Information                           *
* Fees & Debits              Beg Bal   Pymts/Adj    End Bal                 *
****************************************************************************
  EXECUTION WRIT              25.00      25.00        .00
                             --------   --------   --------
                              25.00      25.00        .00
```

Exhibit "A"

```
2011-70023   CACV OF COLORDAO LLC (vs) JODI L STERLING

Reference No..: AD323-09/CD73-10              Filed........:  4/07/2011
Case Type.....: WRIT OF EXECUTION             Time.........:     1:00
Judgment......      7059.39                   Execution Date  0/00/0000
Judge Assigned:                               Jury Trial....
Disposed Desc.:                               Disposed Date.  0/00/0000
 - - - - - - - - - - Case Comments - - - - - - - - - - - -   Higher Crt 1.:
                                              Higher Crt 2.:

****************************************************************************
*            End of Case Information                                        *
****************************************************************************
```

```
Warrfield Common Pleas Case Inquiry                                  Page 1

2010-80073    CACV OF COLORADO LLC (vs) JODI L STERLING

Reference No..: AD323-09/ED23-11                Filed........:  1/27/2010
Case Type.....: JUDGMENT DEFAULT                Time.........:     11:00
Judgment......        7059.39                  Execution Date  0/00/0000
Judge Assigned:                                 Jury Trial....
Disposed Desc.:                                 Disposed Date.  0/00/0000
-----------  Case Comments  --------------      Higher Crt 1.:
                                                Higher Crt 2.:

*****************************************************************************
            General Index                              Attorney Info
*****************************************************************************

CACV OF COLORADO LLC                PLAINTIFF   SMITH ALLAN C
                                                1276 VETERANS HWY
                                                SUITE E-1
                                                BRISTOL, PA   19007


STERLING JODI L                     DEFENDANT
  888 HATCH RUN RD
  WARREN, PA    16365



*****************************************************************************
       Judgment Index                   Amount      Date     Desc
*****************************************************************************

STERLING JODI L                       7,059.39   1/27/2010  JUDGMENT DEFAULT

*****************************************************************************
* Date      Entries                                                         *
*****************************************************************************


           - - - - - - - - - - - -  FIRST ENTRY  - - - - - - - - - - - - -
1/27/2010  JUDGMENT ENTERED IN THE AMOUNT OF $7,059.39 IN FAVOR OF PLAINTIFF
           AND AGAINST DEFENDANT FOR FAILURE TO FILE AN ANSWER AT AD323-09.
           ---------------------------------------------------------------
1/27/2010  NOTICE MAILED TO DEFENDANT AT 888 HATCH RUN RD,WARREN, PA 16365.
           COPY FILED.
           ---------------------------------------------------------------
4/07/2011  WRIT OF EXECUTION ISSUED TO SHERIFF FOR SERVICE AT ED 23-2011.
           - - - - - - - - - - - -  LAST ENTRY  - - - - - - - - - - - - -

*****************************************************************************
*                             Escrow Information                            *
* Fees & Debits             Beg Bal   Pymts/Adj     End Bal                 *
*****************************************************************************

 JUDG AUTO FEE                 5.00       5.00        .00
 JDMT/DEFAULT                 12.00      12.00        .00
                             ------    -------     -------
                              17.00      17.00        .00


*****************************************************************************
*         End of Case Information                                           *
*****************************************************************************
```

Exhibit "A"