**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 12-10676-TPA |
| | : | |
| Kenneth W. Sterling and | : | CHAPTER 13 |
| Jodi Sterling, | : | |
| Debtors, | : | |
| _____ | : | DOCKET NO.: |
| Jodi Sterling, | : | |
| Movant, | : | HEARING DATE AND TIME: |
| | : | |
| vs. | : | |
| | : | |
| CACV of Colorado, LLC, | : | |
| Respondent, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS'**
**MOTION TO AVOID THE LIEN OF CACV of Colorado, LLC**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **July 6, 2012**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **July 18, 2012 at 10:00 a.m.** before Chief Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>June 19, 2012</u>

    Respectfully submitted,
    */s/ Daniel P. Foster, Esquire*
    Daniel P. Foster
    PA I.D. # 92376
    Foster Law Offices
    PO Box 966
    Meadville, PA 16335
    Phone: 814.724.1165
    Fax: 814.724.1158
    Email:dan@mrdebtbuster.com
    Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Notice of Hearing along with the Debtors' Motion to Avoid the lien of CACV of Colorado, LLC, by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **June 19, 2012**                                          *By: /s/ Clarissa Hunter*
                                                                                             Clarissa Hunter, PARALEGAL
                                                                                             FOSTER LAW OFFICES
                                                                                             PO Box 966
                                                                                             Meadville, PA 16335
                                                                                             Tel 814.724.1165
                                                                                             Fax 814.724.1158

MATRIX

Office of the US Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Kenneth W. Sterling
Jodi Sterling
PO Box 1513
Warren, PA 16365

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

CACV of Colorado, LLC
4340 South Monaco Street
2nd Floor
Denver, CO 80237