# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 12-10676-TPA |
| | : | |
| Kenneth W. Sterling and | : | CHAPTER 13 |
| Jodi Sterling, | : | |
|     Debtors, | : | |
| _____ | : | DOCKET NO.: |
| Kenneth W. Sterling and | : | |
| Jodi Sterling, | : | |
|     Movants, | : | HEARING DATE AND TIME: |
| | : | |
| vs. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
|     And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Full and Correct Social Security Numbers by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: July 16, 2012         By: /s/ Clarissa Hunter
                                                         CLARISSA HUNTER, PARALEGAL
                                                         FOSTER LAW OFFICES
                                                         Po Box 966
                                                         Meadville, PA 16335
                                                         Tel 814.724.1165
                                                         Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

Office of the US Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Manufacturers and Traders Trust Company
PO Box 65450
Salt Lake City, UT 84165

AARP Medicare RX Plans
PO Box 29300
Hot Springs National Park, AR 71903

American Security Insurance Company
PO Box 50335
Atlanta, GA 30302

Collect America Ltd
4340 South Monaco Parkway
2nd Floor
Denver, CO 80237

Cach LLC / Square Two Financial
4340 South Monaco Street
2nd Floor
Denver, CO 80237

Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX 75093

Capital One, NA
Capital One Bank (USA) NA
PO Box 30285
Salt Lake City, UT 84130

Cbe Group
1309 Technology Parkway
Cedar Falls, IA 50613

Central Credit / Penn Credit Corporation
916 South 14th Street
Harrisburg, PA 17104

Comm Consumer Discount Company
PO Box 863
Warren, PA 16365

Country Door
c/o Creditors Bankruptcy Services
PO Box 740933
Dallas, TX 75374

Credit Protection Association
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380

Enhanced Recovery Corporation
Attention: Client Services
8014 Bayberry Road
Jacksonville, FL 32256

FIA Card Services, NA
PO Box 15102
Wilmington, DE 19886

FIA Card Services, NA as successor in
Interest to Bank of America, NA (USA)
And MBNA America Bank, NA
PO Box 3001
Malvern, PA 19355

Federal Pac Company
1795 West 2300 Street
Salt Lake City, UT 84119

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

Ford Credit
PO Box 6275
Deerborn, MI 48121

Ford Motor Credit Company LLC,
A Delaware Limited Liability Company
c/o Weltman, Weinberg & Reis
1400 Koppers Building, 436 7th Avenue
Pittsburgh, PA 15219

GE Money Bank / HH Greg
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076

GE Money Bank / JCPenney
Attention: Bankruptcy
PO Box 103014
Roswell, GA 30076

Great Lakes Home Healthcare
PO Box 643730
Pittsburgh, PA 15264

Hamot Medical Centr
c/o Patient Accounts
201 State Street
Erie, PA 16550

Hamot Surgery Center, LLC
200 State Street
Erie, PA 16507

Hsbc / RS
Attn: Bankruptcy Department
PO Box 5263
Carol Stream, IL 60197

Hsbc Bank
Attn: Bankruptcy
PO Box 5213
Carol Stream, Il 60197

IC Systems, Inc.
Attn: Bankruptcy
PO Box 64378
Saint Paul, MN 55164

Instant Diagnostic Systems
PO Box 2449
Decatur, Al 35602

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302

Law Firm of Allan C. Smith, PC
The Bucks County Office Center
1276 Veterans Highway
Suite E-1
Bristol, PA 19007

Lvnv Funding Llc
PO Box 740281
Houston, TX 77274

Manufacturers and Traders Trust Company, as
By and Through its Loan Servicing Agent,
Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

Nfo Irvine Federal Credit Union
PO Box 723
Warren, PA 16365

North American Partners in Anesthesia
Pennsylvania, LLP
PO Box 275
Glen Head, NY 11545

Northwest Savings Bank
PO Box 337
Warren, PA 16365

Onemain Financial
PO Box 499
Hanover, MD 21076

Palisades Collection, LLC
PO Box 1244
Englewood Cliffs, NJ 07632

Document    Page 4 of 4

Palisades Collections, LLC
Vativ Recovery Solutions LLC, dba SMC
As Agent for Palisades Collections, LLC
PO Box 40728
Houston, TX 77240

Providian / Chase
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Sams Club / Ge Money Bank
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA 30076

Sears / Cbna
PO Box 6189
Sioux Falls, SD 57117

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566

The Law Office of Barbara A. Fein, PC
721 Dresher Road, Suite 1050
Horsham, PA 19044

Tractor / Cbsd
PO Box 6500
Sioux Falls, SD 57117

Warren Area Federal Credit Union
1513 PA Avenue East
Warren, PA 16365

Warren County Tax Claim Bureau
204 4th Avenue
Warren PA 16365

Warren General Hospital
Two Crescent Park West
PO Box 68
Warren PA 16365

Weisfield Jewelers / Sterling Jewelers, Inc.
Attention: Bankruptcy
PO Box 1799
Akron, OH 44309

Wyrhsr Mtg / Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Kenneth W. Sterling
Jodi Sterling
PO Box 1513
Warren, PA 16365

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Experian
475 Anton Boulevard
Costa Mesa, CA 92626

Experian
955 American Lane
Schaumburg, IL 60173

TransUnion LLC
555 W. Adams
Chicago, IL 60661

Equifax Credit Information Services, Inc
P.O. Box 740241
Atlanta, GA 30374