**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 12-10676-TPA |
| | : | |
| **Kenneth W. Sterling and** | : | CHAPTER 13 |
| **Jodi Sterling,** | : | |
|     Debtors, | : | |
| _____ | : | DOCKET NO.: |
| **Kenneth W. Sterling and** | : | |
| **Jodi Sterling,** | : | |
|     Movants, | : | HEARING DATE AND TIME: |
| | : | |
|     vs. | : | |
| | : | |
| **Warren Area Federal Credit Union,** | : | |
|     Respondent, | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee. | : | |

# **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Granting Debtors' Motion to Avoid by First-Class Mail, U.S. Postage Paid on the parties below\*.

Executed on: <u>July 17, 2012</u>                              By: <u>/s/ Clarissa Hunter</u>
                                                                                                  CLARISSA HUNTER, PARALEGAL
                                                                                                  FOSTER LAW OFFICES
                                                                                                  Po Box 966
                                                                                                  Meadville, PA 16335
                                                                                                  Tel 814.724.1165
                                                                                                  Fax 814.724.1158

---

\*Parties served by the court electronically were not served by regular mail

## MATRIX

Office of the US Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Kenneth W. Sterling
Jodi Sterling
PO Box 1513
Warren, PA 16365

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Warren Area Federal Credit Union
1513 PA Avenue East
Warren, PA 16365