# Notice Recipients

| District/Off: 0315−1 | User: amaz | Date Created: 7/24/2012 |
|---|---|---|
| Case: 12−10676−TPA | Form ID: 149 | Total: 59 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Daniel P. Foster | dan@mrdebtbuster.com |
| aty | Kristen D. Little | kristenl@lobaf.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Kenneth W Sterling | PO Box 1513    Warren, PA 16365 |
| jdb | Jodi Sterling | PO Box 1513    Warren, PA 16365 |
| cr | Manufacturers and Traders Trust Company, as Trustee, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. | P.O. Box 65450    Salt Lake City, UT 84165 |
| 13374394 | AARP Medicare Rx Plans | PO Box 29300    Hot Springs National Park, AR 71903 |
| 13374395 | American Security Insurance Company | PO Box 50335    Atlanta, GA 30302 |
| 13374397 | CACV of Colorado LLC | 370 17th Street    Denver, CO 80202 |
| 13374396 | Cach Llc / Square Two Financial | 4340 South Monaco Street    2nd Floor    Denver, CO 80237 |
| 13374398 | Capital One Auto Finance | 3905 North Dallas Parkway    Plano, TX 75093 |
| 13374399 | Capital One, N.a. | Capital One Bank (USA) N.A.    Po Box 30285    Salt Lake City, UT 84130 |
| 13374400 | Cbe Group | 1309 Technology Parkway    Cedar Falls, IA 50613 |
| 13374401 | Central Credit / Penn Credit Corporation | 916 South 14th Street    Harrisburg, PA 17104 |
| 13374402 | Comm Consumer Discount Company | Po Box 863    Warren, PA 16365 |
| 13418762 | Country Door | c/o Creditors Bankruptcy Service    PO Box 740933    Dallas TX 75374 |
| 13374403 | Credit Protection Association | Attn: Bankruptcy    Po Box 802068    Dallas, TX 75380 |
| 13374404 | Enhanced Recovery Corporation | Attention: Client Services    8014 Bayberry Road    Jacksonville, FL 32256 |
| 13398017 | FIA CARD SERVICES, N.A. | PO Box 15102    Wilmington, DE 19886−5102 |
| 13403768 | FIA Card Services, N.A. as successor in | interest to Bank of America, N.A. (USA)    and MBNA America Bank, N.A.    POB 3001    Malvern, PA 19355−0701 |
| 13374405 | Federal Pac Company | 1795 West 2300 Street    Salt Lake City, UT 84119 |
| 13374406 | First Premier Bank | 3820 North Louise Avenue    Sioux Falls, SD 57107 |
| 13374407 | First Premier Bank | 601 South Minnesota Avenue    Sioux Falls, SD 57104 |
| 13374408 | Ford Credit | PO Box 6275    Deerborn, MI 48121 |
| 13410425 | Ford Motor Credit Company LLC, | a Delaware Limited Liability Company    c/o Weltman, Weinberg &Reis    1400 Koppers Building, 436 7th Avenue    Pittsburgh, PA 15219 |
| 13374409 | GE Money Bank / HH Gregg | Attention: Bankruptcy    Po Box 103104    Roswell, GA 30076 |
| 13374410 | GE Money Bank / JCPenney | Attention: Bankruptcy    Po Box 103104    Roswell, GA 30076 |
| 13424189 | Ginny's | c/of Creditors Bankruptcy Service    P.O. Box 740933    Dallas, TX 75374 |
| 13374411 | Great Lakes Home Healthcare | PO Box 643730    Pittsburgh, PA 15264 |
| 13374412 | Hamot Medical Center | C/O Patient Accounts    201 State Street    Erie, PA 16550 |
| 13374413 | Hamot Surgery Center, LLC | 200 State Street    Erie, PA 16507 |
| 13374414 | Hsbc / RS | Attn: Bankruptcy Department    Po Box 5263    Carol Stream, IL 60197 |
| 13374415 | Hsbc Bank | Attn: Bankruptcy    Po Box 5213    Carol Stream, IL 60197 |
| 13374416 | IC Systems, Inc. | Attn: Bankruptcy    Po Box 64378    Saint Paul, MN 55164 |
| 13374417 | Instant Diagnostic Systems | PO Box 2449    Decatur, AL 35602 |
| 13420961 | Jefferson Capital Systems LLC | PO BOX 7999    SAINT CLOUD MN 56302−9617 |
| 13374418 | Law Firm of Allan C. Smith, PC | The Bucks County Office Center    1276 Veterans Highway    Suite E−1    Bristol, PA 19007 |
| 13374419 | Lvnv Funding Llc | Po Box 740281    Houston, TX 77274 |
| 13394627 | Manufacturers and Traders Trust Company, as Truste | By and Through its Loan Servicing Agent,    Select Portfolio Servicing, Inc.    P.O. Box 65450    Salt Lake City, UT 84165 |
| 13374420 | National Recovery Agency | 2491 Paxton Street    Harrisburg, PA 17111 |
| 13374421 | Nfo Irvine Federal Credit Union | Po Box 723    Warren, PA 16365 |
| 13374422 | North American Partners in Anesthesia | Pennsylvania, LLP    PO Box 275    Glen Head, NY 11545 |
| 13374423 | Northwest Savings Bank | 100 Liberty Street    Warren, PA 16365 |
| 13374424 | Onemain Financial | Po Box 499    Hanover, MD 21076 |
| 13374425 | Palisades Collection, LLC | PO Box 1244    Englewood Cliffs, NJ 07632 |
| 13379491 | Palisades Collections, LLC | Vativ Recovery Solutions LLC, dba SMC    As Agent For Palisades Collections, LLC    PO Box 40728    Houston TX 77240−0728 |
| 13374426 | Providian / Chase | Attn: Bankruptcy    Po Box 15298    Wilmington, DE 19850 |
| 13374427 | Sams Club / GE Money Bank | Attention: Bankruptcy Department    Po Box 103104    Roswell, GA 30076 |
| 13374428 | Sears / Cbna | Po Box 6189    Sioux Falls, SD 57117 |
| 13374429 | Seventh Avenue | 1112 7th Avenue    Monroe, WI 53566 |
| 13395251 | The Law Office of Barbara A. Fein, P.C. | 721 Dresher Road,Suite 1050    Horsham, PA 19044 |
| 13374430 | Tractor / Cbsd | Po Box 6500    Sioux Falls, SD 57117 |
| 13392763 | Warren Area Federal Credit Union | 1513 PA Avenue East    Warren, PA 16365 |
| 13374431 | Warren County Tax Claim Bureau | 204 4th Avenue    Warren, PA 16365 |

| | | | | |
|---|---|---|---|---|
| 13374432 | Warren General Hospital | Two Crescent Park West | PO Box 68 | Warren, PA 16365 |
| 13374434 | Weisfield Jewelers/Sterling Jewelers Inc | Attention: Bankruptcy | Po Box 1799 | Akron, OH 44309 |
| 13374433 | Weisfield Jewelers/Sterling Jewelers Inc | Attn: Bankruptcy | Po Box 1799 | Akron, OH 44309 |
| 13374435 | Wyrhsr Mtg / Select Portfolio Servicing | Po Box 65250 | Salt Lake City, UT 84165 | |

TOTAL: 55