IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 12-10453-TPA |
| | : | |
| Kenneth W. Sterling AND | : | |
| Jodi Sterling, | : | RELATED TO DOCKET NO.: |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

    I, Jaime D. Martini, Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan** on the parties listed below by First Class Pre-paid United States mail.

Date Served: July 31, 2012　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jaime D. Martini
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jaime D. Martini
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paralegal
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Foster Law Offices
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (814) 724-1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (814) 724-1158

MAILING MATRIX

COLLECT AMERICA LTD
4340 S MONACO PKWY
2ND FL
DENVER CO 80237-3408

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Comm Consumer Discount Company
Po Box 863
Warren, PA 16365-0863

Enhanced Recovery Corporation
Attention: Client Services
8014 Bayberry Road
Jacksonville, FL 32256-7412

Federal Pac Company
1795 West 2300 Street
Salt Lake City, UT 84119-2009

Ford Credit
PO Box 6275
Deerborn, MI 48121-6275

GE Money Bank / HH Gregg
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Great Lakes Home Healthcare
PO Box 643730
Pittsburgh, PA 15264-3730

Hsbc / RS
Attn: Bankruptcy Department
Po Box 5263
Carol Stream, IL 60197-5263

AARP Medicare Rx Plans
PO Box 29300
Hot Springs National Park, AR 71903-9300

Cach Llc / Square Two Financial
4340 South Monaco Street
2nd Floor
Denver, CO 80237-3408

Cbe Group
1309 Technology Parkway
Cedar Falls, IA 50613-6976

Country Door
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas TX 75374-0933

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

Ford Motor Credit Company LLC,
a Delaware Limited Liability Company
c/o Weltman, Weinberg & Reis
1400 Koppers Building, 436 7th Avenue
Pittsburgh, PA 15219

GE Money Bank / JCPenney
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Hamot Medical Center
C/O Patient Accounts
201 State Street
Erie, PA 16550-0002

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

American Security Insurance Company
PO Box 50335
Atlanta, GA 30302

Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX 75093-7892

Central Credit / Penn Credit Corporation
916 South 14th Street
Harrisburg, PA 17104-3425

Credit Protection Association
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380-2068

FIA Card Services, N.A. as successor in
interest to Bank of America, N.A. (USA)
and MBNA America Bank, N.A.
POB 3001
Malvern, PA 19355-0701

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

Ginny's
c/of Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Hamot Surgery Center, LLC
200 State Street
Erie, PA 16507-1499

IC Systems, Inc.
Attn: Bankruptcy
Po Box 64378
Saint Paul, MN 55164-0378

Instant Diagnostic Systems
PO Box 2449
Decatur, AL 35602-2449

Kristen D. Little
721 Dresher Road
Suite 1050
Horsham, PA 19044-2266

Manufacturers and Traders Trust Company, as
By and Through its Loan Servicing Agent,
Select Portfolio Servicing, Inc.
P.O. Box 65450
Salt Lake City, UT 84165-0450

North American Partners in Anesthesia
Pennsylvania, LLP
PO Box 275
Glen Head, NY 11545-0275

Onemain Financial
Po Box 499
Hanover, MD 21076-0499

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Sears / Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Kenneth W Sterling
PO Box 1513
Warren, PA 16365-6513

Warren Area Federal Credit Union
1513 PA Avenue East
Warren, PA 16365-3142

Weisfield Jewelers/Sterling Jewelers Inc
Attention: Bankruptcy
Po Box 1799
Akron, OH 44309-1799

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274-0281

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

NORTHWEST SAVINGS BANK
P O BOX 337
WARREN PA 16365-0337

Palisades Collection, LLC
PO Box 1244
Englewood Cliffs, NJ 07632-0244

Providian / Chase
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

The Law Office of Barbara A. Fein, P.C.
721 Dresher Road,Suite 1050
Horsham, PA 19044-2266

Warren County Tax Claim Bureau
204 4th Avenue
Warren, PA 16365-2362

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Law Firm of Allan C. Smith, PC
The Bucks County Office Center
1276 Veterans Highway
Suite E-1
Bristol, PA 19007-2597

Manufacturers and Traders Trust Company, as
P.O. Box 65450
Salt Lake City, UT 84165-0450

Nfo Irvine Federal Credit Union
Po Box 723
Warren, PA 16365-0723

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Palisades Collections, LLC
Vativ Recovery Solutions LLC, dba SMC
As Agent For Palisades Collections, LLC
PO Box 40728
Houston TX 77240-0728

Sams Club / GE Money Bank
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

Jodi Sterling
PO Box 1513
Warren, PA 16365-6513

Tractor / Cbsd
Po Box 6500
Sioux Falls, SD 57117-6500

Warren General Hospital
Two Crescent Park West
PO Box 68
Warren, PA 16365-0068

Wyrhsr Mtg / Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165-0250