IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth W. Sterling and Jodi Sterling<br>　　　Debtor(s) | BANKRUPTCY CASE NUMBER<br>12-10676-TPA |
| Manufacturers and Traders Trust Company, as Trustee, on Behalf of the Holders of the Home Equity Loan<br>Pass-Through Certificates, Series 1999-3, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc.<br>　　　Objecting Secured Creditor | CHAPTER 13<br><br>Docket Number _____<br><br>RELATED TO DOCUMENT 20 |

v.

Kenneth W. Sterling and Jodi Sterling
　　　Respondent

Ronda Winnecour, Standing Trustee

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

　　Kindly withdraw the Manufacturers and Traders Trust Company, as Trustee, on Behalf of the Holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc.'s Objection to Confirmation of Debtor's Plan in the above captioned action. Said Objection was filed on June 12, 2012, as Document Number 20.  An Amended Plan has subsequently been filed which resolves the Objection.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　THE LAW OFFICES OF BARBARA A. FEIN, P.C.

　　　　　　　　　　　　　　BY:　/s/ Kristen D. Little, Esquire
　　　　　　　　　　　　　　　　　Attorney ID 79992
　　　　　　　　　　　　　　　　　kristenl@lobaf.com
　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　721 Dresher Road, Suite 1050
　　　　　　　　　　　　　　　　　Horsham, PA 19044
　　　　　　　　　　　　　　　　　(215) 653-7450-phone
　　　　　　　　　　　　　　　　　(215) 653-7454-fax

Date: August 1, 2012