**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 12-10676-TPA |
| | : | |
| **Kenneth W. Sterling and** | : | CHAPTER 13 |
| **Jodi Sterling,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Jodi Sterling,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **United Refining,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 2706 | : | |

**AMENDED MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor respectfully represents that:

    1.  Debtor has filed a petition under chapter 13 of title 11 U.S.C. and proposes to pay debts out of her future earnings or wages.

    2. Debtor has claimed certain exemptions but has also submitted such portion of her future earning or other future income to the control of the trustee as is necessary for the execution of the plan.

    3. Debtor has proposed a plan under which a portion of her future earnings or wages is to be paid to the trustee for the benefit of creditors, in the amount of Eight Hundred Thirty-One Dollars and Sixty-Nine Cents ($831.69) bi-weekly (each pay period), for a monthly total of One Thousand Eight Hundred Two Dollars ($1,802.00).

    4. The principle source of money for the payment of said claims, demands and debts will be a portion of the future earnings or wages of Debtor, payable by his employer:

**UNITED REFINING**
**PO BOX 780**
**WARREN, PA 16365**
**ATTENTION: PAYROLL ADMINISTRATOR**

      5. Debtor's employer should be ordered to deduct from Debtor's future earning or wages the periodic amount proposed by the plan filed herein, and to pay said amount forthwith to the standing chapter 13 trustee appointed by your Honorable Court and continue such periodic deductions and payments until such time as the plan submitted by Debtor is consummated, or until further order of the Court.

      WHEREFORE, Debtors pray that your Honorable Court enter the Order attached hereto directing Debtor's employer to make payments as outlined therein.

Respectfully submitted,

Date: July 10, 2013

/s/ Daniel P. Foster
Daniel P. Foster, Esquire
PA I.D. # 92376
Foster Law Offices
Post Office Box 966
Meadville, PA  16355
Tel: 814.724.1165
Fax: 814.724.1165
Email: dan@mrdebtbuster.com
Attorney for Debtors