# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/10/13 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - ERIE

| | | |
|---|---|---|
| In Re: | : | CASE NO. 12-10676-TPA |
| | : | |
| **Kenneth W. Sterling and** | : | CHAPTER 13 |
| **Jodi Sterling,** | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Jodi Sterling,** | : | |
| Movant, | : | RELATED TO DOCKET NO.:   62 |
| | : | |
| vs. | : | |
| | : | |
| **United Refining,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| Respondents. | : | |
| | : | |
| **Social Security No. xxx-xx- 2706** | : | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) having moved to attach wages to fund the Chapter 13 Plan:

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

**UNITED REFINING**
**PO BOX 780**
**WARREN, PA 16365**
**ATTENTION:  PAYROLL ADMINISTRATOR**

Shall deduct from said income in the amount of Eight Hundred Thirty-One Dollars and Sixty-Nine Cents ($831.69) bi-weekly (each pay period), for a monthly total of One Thousand Eight Hundred Two Dollars ($1,802.00), beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR, ESQUIRE**
**STANDING CHAPTER 13 TRUSTEE**
**P.O. BOX 1132**
**MEMPHIS, TN  38101-1132**

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Daniel P. Foster, Esquire, Foster Law Offices, Post Office Box 966, Meadville, PA 16335, 814.724.1165, and the Chapter 13 Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the above-names entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATE: July 10, 2013

BY: /s/ Thomas P. Agresti

Thomas P. Agresti, *Chief Judge*
*United States Bankruptcy Court*

bls

c: Debtor(s)

**The debtor shall serve a copy of this order on the entity or entities required to remit payment to the trustee.
See Local Rule 3015-2.**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                      Case No. 12-10676-TPA
Kenneth W Sterling                                          Chapter 13
Jodi Sterling
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: bsil              Page 1 of 2          Date Rcvd: Jul 10, 2013
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2013.
db/jdb       +Kenneth W Sterling,    Jodi Sterling,    PO Box 1513,    Warren, PA 16365-6513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 12, 2013**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0315-1           User: bsil              Page 2 of 2                   Date Rcvd: Jul 10, 2013
                               Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2013 at the address(es) listed below:

        Daniel P. Foster    on behalf of Joint Debtor Jodi  Sterling dan@mrdebtbuster.com, jaime@mrdebtbuster.com

        Daniel P. Foster    on behalf of Debtor Kenneth W Sterling dan@mrdebtbuster.com, jaime@mrdebtbuster.com

        Kristen D. Little   on behalf of Creditor   Manufacturers and Traders Trust Company,  as Trustee, By and Through its Loan Servicing Agent, Select Portfolo Servicing, Inc. kristenl@lobaf.com, juliep@lobaf.com;lobafbk@yahoo.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 5