**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|   |   |   |
|---|---|---|
|  | : | Bankruptcy No: 12-10676-TPA |
| Kenneth W. Sterling and | : |  |
| Jodi Sterling, | : |  |
| Debtors, | : | Chapter 13 |
|  | : |  |
| Kenneth W. Sterling and | : | Docket No. |
| Jodi Sterling, | : |  |
| Movants, | : |  |
|  | : |  |
| Vs. | : |  |
|  | : |  |
| LVNV Funding, LLC, | : |  |
| Respondent. | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **LVNV Funding, LLC**
**Incorrect Address:** **PO Box 740281, Houston, TX 77274**

**Creditor Name:**    **LVNV Funding, LLC**
**Correct Address:**  **Resurgent Capital Services, PO Box 10587, Greenville, SC 29603**

Respectfully Submitted,

Date: <u>July 29, 2013</u>          /s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors

**\*\*For noticing purposes only**