# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: amaz | Date Created: 8/15/2013 |
| Case: 12−10676−TPA | Form ID: 149 | Total: 63 |

**Recipients of Notice of Electronic Filing:**
ust   Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
tr    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
aty   Daniel P. Foster    dan@mrdebtbuster.com
aty   Kristen D. Little    kristenl@lobaf.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Kenneth W Sterling    PO Box 1513    Warren, PA 16365
jdb       Jodi Sterling    PO Box 1513    Warren, PA 16365
cr        Manufacturers and Traders Trust Company, as Trustee, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc.    P.O. Box 65450    Salt Lake City, UT 84165
13374394  AARP Medicare Rx Plans    PO Box 29300    Hot Springs National Park, AR 71903
13374395  American Security Insurance Company    PO Box 50335    Atlanta, GA 30302
13374397  CACV of Colorado LLC    370 17th Street    Denver, CO 80202
13374396  Cach Llc / Square Two Financial    4340 South Monaco Street    2nd Floor    Denver, CO 80237
13374398  Capital One Auto Finance    3905 North Dallas Parkway    Plano, TX 75093
13374399  Capital One, N.a.    Capital One Bank (USA) N.A.    Po Box 30285    Salt Lake City, UT 84130
13374400  Cbe Group    1309 Technology Parkway    Cedar Falls, IA 50613
13374401  Central Credit / Penn Credit Corporation    916 South 14th Street    Harrisburg, PA 17104
13374402  Comm Consumer Discount Company    Po Box 863    Warren, PA 16365
13418762  Country Door    c/o Creditors Bankruptcy Service    PO Box 740933    Dallas TX 75374
13374403  Credit Protection Association    Attn: Bankruptcy    Po Box 802068    Dallas, TX 75380
13374404  Enhanced Recovery Corporation    Attention: Client Services    8014 Bayberry Road    Jacksonville, FL 32256
13398017  FIA CARD SERVICES, N.A.    PO Box 15102    Wilmington, DE 19886−5102
13403768  FIA Card Services, N.A. as successor in    interest to Bank of America, N.A. (USA)    and MBNA America Bank, N.A.    POB 3001    Malvern, PA 19355−0701
13374405  Federal Pac Company    1795 West 2300 Street    Salt Lake City, UT 84119
13374406  First Premier Bank    3820 North Louise Avenue    Sioux Falls, SD 57107
13374407  First Premier Bank    601 South Minnesota Avenue    Sioux Falls, SD 57104
13374408  Ford Credit    PO Box 6275    Deerborn, MI 48121
13410425  Ford Motor Credit Company LLC,    a Delaware Limited Liability Company    c/o Weltman, Weinberg &Reis    1400 Koppers Building, 436 7th Avenue    Pittsburgh, PA 15219
13374409  GE Money Bank / HH Gregg    Attention: Bankruptcy    Po Box 103104    Roswell, GA 30076
13374410  GE Money Bank / JCPenney    Attention: Bankruptcy    Po Box 103104    Roswell, GA 30076
13424189  Ginny's    c/of Creditors Bankruptcy Service    P.O. Box 740933    Dallas, TX 75374
13374411  Great Lakes Home Healthcare    PO Box 643730    Pittsburgh, PA 15264
13374412  Hamot Medical Center    C/O Patient Accounts    201 State Street    Erie, PA 16550
13374413  Hamot Surgery Center, LLC    200 State Street    Erie, PA 16507
13374414  Hsbc / RS    Attn: Bankruptcy Department    Po Box 5263    Carol Stream, IL 60197
13374415  Hsbc Bank    Attn: Bankruptcy    Po Box 5213    Carol Stream, IL 60197
13374416  IC Systems, Inc.    Attn: Bankruptcy    Po Box 64378    Saint Paul, MN 55164
13625604  INTERNAL REVENUE SERVICE    1000 LIBERTY AVENUE ROOM705    PITTSBURGH,PA 15222
13374417  Instant Diagnostic Systems    PO Box 2449    Decatur, AL 35602
13420961  Jefferson Capital Systems LLC    PO BOX 7999    SAINT CLOUD MN 56302−9617
13486635  LVNV Funding, LLC its successors and assigns as    assignee of Arrow Financial Services,    LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587
13484991  LVNV Funding, LLC its successors and assigns as    assignee of One Main Financial Inc.    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587
13374418  Law Firm of Allan C. Smith, PC    The Bucks County Office Center    1276 Veterans Highway    Suite E−1    Bristol, PA 19007
13374419  Lvnv Funding Llc    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603
13394627  Manufacturers and Traders Trust Company, as Truste    By and Through its Loan Servicing Agent,    Select Portfolio Servicing, Inc.    P.O. Box 65450    Salt Lake City, UT 84165
13452414  National Fuel    Legal Dept.    P.O. Box 2081    Erie, PA 16512
13374420  National Recovery Agency    2491 Paxton Street    Harrisburg, PA 17111
13374421  Nfo Irvine Federal Credit Union    Po Box 723    Warren, PA 16365
13374422  North American Partners in Anesthesia    Pennsylvania, LLP    PO Box 275    Glen Head, NY 11545
13374423  Northwest Savings Bank    100 Liberty Street    Warren, PA 16365
13374424  Onemain Financial    Po Box 499    Hanover, MD 21076
13374425  Palisades Collection, LLC    PO Box 1244    Englewood Cliffs, NJ 07632
13379491  Palisades Collections, LLC    Vativ Recovery Solutions LLC, dba SMC    As Agent For Palisades Collections, LLC    PO Box 40728    Houston TX 77240−0728
13374426  Providian / Chase    Attn: Bankruptcy    Po Box 15298    Wilmington, DE 19850

| | | | | |
|---|---|---|---|---|
| 13374427 | Sams Club / GE Money Bank | Attention: Bankruptcy Department | Po Box 103104 | Roswell, GA 30076 |
| 13374428 | Sears / Cbna | Po Box 6189 | Sioux Falls, SD 57117 | |
| 13374429 | Seventh Avenue | 1112 7th Avenue | Monroe, WI 53566 | |
| 13395251 | The Law Office of Barbara A. Fein, P.C. | 721 Dresher Road, Suite 1050 | Horsham, PA 19044 | |
| 13374430 | Tractor / Cbsd | Po Box 6500 | Sioux Falls, SD 57117 | |
| 13392763 | Warren Area Federal Credit Union | 1513 PA Avenue East | Warren, PA 16365 | |
| 13374431 | Warren County Tax Claim Bureau | 204 4th Avenue | Warren, PA 16365 | |
| 13374432 | Warren General Hospital | Two Crescent Park West | PO Box 68 | Warren, PA 16365 |
| 13374434 | Weisfield Jewelers/Sterling Jewelers Inc | Attention: Bankruptcy | Po Box 1799 | Akron, OH 44309 |
| 13374433 | Weisfield Jewelers/Sterling Jewelers Inc | Attn: Bankruptcy | Po Box 1799 | Akron, OH 44309 |
| 13374435 | Wyrhsr Mtg / Select Portfolio Servicing | Po Box 65250 | Salt Lake City, UT 84165 | |

TOTAL: 59