Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kenneth W Sterling
Jodi Sterling**
  Debtor(s)

Bankruptcy Case No.: 12–10676–TPA

Chapter: 13
Docket No.: 70 – 61, 64
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

  IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 3, 2013 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on at , in .*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☒ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H.   Additional Terms: 1) Fee application needed if fees (including retainer) exceed $3,700.00

  2) Attorney Foster's retainer was $560.00, not $210.00.

  3) Manufacturers and Traders Trust's postpetition payments are $949.21, effective July 2012, and did not decrease to $786.20, as the latter did not include escrow.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.        Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.        Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 15, 2013

Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

cc:   All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 12-10676-TPA
Kenneth W Sterling
Jodi Sterling                                                           Chapter 13
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-1         User: amaz              Page 1 of 3               Date Rcvd: Aug 15, 2013
                             Form ID: 149            Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2013.
db/jdb       +Kenneth W Sterling,    Jodi Sterling,    PO Box 1513,    Warren, PA 16365-6513
cr           +Manufacturers and Traders Trust Company, as Trust,     P.O. Box 65450,
               Salt Lake City, UT 84165-0450
13374394     +AARP Medicare Rx Plans,    PO Box 29300,    Hot Springs National Park, AR 71903-9300
13374395      American Security Insurance Company,    PO Box 50335,    Atlanta, GA 30302
13398017    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
13374397    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,   DENVER CO 80237-3408
             (address filed with court: CACV of Colorado LLC,     370 17th Street,    Denver, CO 80202)
13374399     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13374400     +Cbe Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
13374401     +Central Credit / Penn Credit Corporation,     916 South 14th Street,    Harrisburg, PA 17104-3425
13374402     +Comm Consumer Discount Company,     Po Box 863,   Warren, PA 16365-0863
13418762     +Country Door,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas TX 75374-0933
13374403     +Credit Protection Association,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
13403768      FIA Card Services, N.A. as successor in,     interest to Bank of America, N.A. (USA),
               and MBNA America Bank, N.A.,    POB 3001,    Malvern, PA 19355-0701
13374405     +Federal Pac Company,    1795 West 2300 Street,    Salt Lake City, UT 84119-2009
13374407     +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13374406     +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
13374408     +Ford Credit,    PO Box 6275,    Deerborn, MI 48121-6275
13410425      Ford Motor Credit Company LLC,,    a Delaware Limited Liability Company,
               c/o Weltman, Weinberg & Reis,    1400 Koppers Building, 436 7th Avenue,     Pittsburgh, PA 15219
13424189     +Ginny’s,   c/of Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374-0933
13374411     +Great Lakes Home Healthcare,    PO Box 643730,    Pittsburgh, PA 15264-3730
13374412     +Hamot Medical Center,    C/O Patient Accounts,    201 State Street,    Erie, PA 16550-0002
13374413     +Hamot Surgery Center, LLC,    200 State Street,    Erie, PA 16507-1499
13374414     +Hsbc / RS,   Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
13374415     +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13374417     +Instant Diagnostic Systems,    PO Box 2449,    Decatur, AL 35602-2449
13420961     +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
13374418     +Law Firm of Allan C. Smith, PC,    The Bucks County Office Center,    1276 Veterans Highway,
               Suite E-1,   Bristol, PA 19007-2597
13394627     +Manufacturers and Traders Trust Company, as Truste,     By and Through its Loan Servicing Agent,,
               Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
13374423    ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
             (address filed with court: Northwest Savings Bank,     100 Liberty Street,    Warren, PA 16365)
13374420     +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13374421     +Nfo Irvine Federal Credit Union,    Po Box 723,    Warren, PA 16365-0723
13374422     +North American Partners in Anesthesia,     Pennsylvania, LLP,   PO Box 275,
               Glen Head, NY 11545-0275
13374425     +Palisades Collection, LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
13374426     +Providian / Chase,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13374428     +Sears / Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
13374429     +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
13374430     +Tractor / Cbsd,    Po Box 6500,    Sioux Falls, SD 57117-6500
13392763     +Warren Area Federal Credit Union,    1513 PA Avenue East,    Warren, PA 16365-3142
13374431     +Warren County Tax Claim Bureau,    204 4th Avenue,    Warren, PA 16365-2362
13374432     +Warren General Hospital,    Two Crescent Park West,    PO Box 68,    Warren, PA 16365-0068
13374433     +Weisfield Jewelers/Sterling Jewelers Inc,     Attn: Bankruptcy,   Po Box 1799,
               Akron, OH 44309-1799
13374435     +Wyrhsr Mtg / Select Portfolio Servicing,     Po Box 65250,   Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13374396     +E-mail/Text: ebn@squaretwofinancial.com Aug 16 2013 01:42:08      Cach Llc / Square Two Financial,
               4340 South Monaco Street,    2nd Floor,    Denver, CO 80237-3408
13374398     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Aug 16 2013 01:39:15
               Capital One Auto Finance,    3905 North Dallas Parkway,    Plano, TX 75093-7892
13374404     +E-mail/Text: bknotice@erccollections.com Aug 16 2013 01:41:05      Enhanced Recovery Corporation,
               Attention: Client Services,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13374409     +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 01:45:46      GE Money Bank / HH Gregg,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13374410     +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 01:42:35      GE Money Bank / JCPenney,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13374416     +E-mail/Text: Bankruptcy@icsystem.com Aug 16 2013 01:41:01      IC Systems, Inc.,
               Attn: Bankruptcy,   Po Box 64378,    Saint Paul, MN 55164-0378
13625604      E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 01:34:33      INTERNAL REVENUE SERVICE,
               1000 LIBERTY AVENUE ROOM705,    PITTSBURGH,PA 15222
13484991      E-mail/Text: resurgentbknotifications@resurgent.com Aug 16 2013 01:36:14
               LVNV Funding, LLC its successors and assigns as,     assignee of One Main Financial Inc.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-1            User: amaz                  Page 2 of 3                   Date Rcvd: Aug 15, 2013
                                Form ID: 149                Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13486635      E-mail/Text: resurgentbknotifications@resurgent.com Aug 16 2013 01:36:14
               LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,   LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13374419     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 16 2013 01:36:14       Lvnv Funding Llc,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13452414     +E-mail/Text: Bankruptcy@natfuel.com Aug 16 2013 01:40:57       National Fuel,    Legal Dept.,
               P.O. Box 2081,    Erie, PA 16512-2081
13379491      E-mail/Text: ebn@vativrecovery.com Aug 16 2013 01:39:56       Palisades Collections, LLC,
               Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,    PO Box 40728,
               Houston TX 77240-0728
13374427     +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 01:45:46       Sams Club / GE Money Bank,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13395251     +E-mail/Text: kristend@lobaf.com Aug 16 2013 01:41:59       The Law Office of Barbara A. Fein, P.C.,
               721 Dresher Road,Suite 1050,    Horsham, PA 19044-2266
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13374434*    +Weisfield Jewelers/Sterling Jewelers Inc,    Attention: Bankruptcy,    Po Box 1799,
               Akron, OH 44309-1799
13374424    ##+Onemain Financial,    Po Box 499,   Hanover, MD 21076-0499
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**                         **Signature:**   _Joseph Speetjens_

```
District/off: 0315-1          User: amaz                 Page 3 of 3                  Date Rcvd: Aug 15, 2013
                              Form ID: 149               Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2013 at the address(es) listed below:

          Daniel P. Foster    on behalf of Joint Debtor Jodi  Sterling dan@mrdebtbuster.com, jaime@mrdebtbuster.com
          Daniel P. Foster    on behalf of Debtor Kenneth W Sterling dan@mrdebtbuster.com, jaime@mrdebtbuster.com
          Kristen D. Little    on behalf of Creditor    Manufacturers and Traders Trust Company,   as Trustee, By and Through its Loan Servicing Agent, Select Portfolo Servicing, Inc. kristenl@lobaf.com, juliep@lobaf.com;lobafbk@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                     TOTAL: 5