**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 12-10676-TPA** |
| **Kenneth W. Sterling AND** | : | |
| **Jodi Sterling,** | : | **CHAPTER 13** |
| **Debtors,** | : | |
| _____ | : | **Related to DOCKET NO.:** |
| **Jodi Sterling,** | : | |
| **Movant,** | : | **Hearing Date & Time:** |
| | : | **December 7, 2015 at 10:30AM** |
| **vs.** | : | |
| | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO WITHDRAW FUNDS FROM 401(k)**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **November 21, 2015**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **December 7, 2015 at 10:30 AM** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State  Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Respectfully submitted,

Date: <u>November 4, 2015</u>

_/s/ Daniel P. Foster, Esquire_
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Withdraw Funds from 401(k) and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **<u>November 4, 2015</u>**

<u>By: /s/ Anne M. Clement</u>
Anne M. Clement, PARALEGAL
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

AARP Medicare Rx Plans
PO Box 29300
Hot Springs National Park, AR 71903-9300

American Security Insurance Company
PO Box 50335
Atlanta, GA 30302

COLLECT AMERICA LTD
4340 S MONACO PKWY, 2ND FL
DENVER CO 80237-3485

Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX 75093-7892

Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Cbe Group
1309 Technology Parkway
Cedar Falls, IA 50613-6976

Central Credit / Penn Credit Corporation
916 South 14th Street
Harrisburg, PA 17104-3425

Community Consumer Disc Co
Po Box 863
Warren, PA 16365-0863

Country Door
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas TX 75374-0933

Credit Protection Association
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380-2068

Enhanced Recovery Corporation
Attention: Client Services
8014 Bayberry Road
Jacksonville, FL 32256-7412

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

FIA Card Services, N.A.
POB 3001
Malvern, PA 19355-0701

Federal Pac Company
1795 West 2300 Street
Salt Lake City, UT 84119-2009

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC,
c/o Weltman, Weinberg & Reis
1400 Koppers Building, 436 7th Avenue
Pittsburgh, PA 15219

GE Money Bank
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Great Lakes Home Healthcare
PO Box 643730
Pittsburgh, PA 15264-3730

Ginny's
c/of Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Hamot Medical Center
C/O Patient Accounts
201 State Street
Erie, PA 16550-0002

Hamot Surgery Center, LLC
200 State Street
Erie, PA 16507-1499

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

IC Systems, Inc.
Attn: Bankruptcy
Po Box 64378
Saint Paul, MN 55164-0378

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Law Firm of Allan C. Smith, PC
The Bucks County Office Center
1276 Veterans Highway, Suite E-1
Bristol, PA 19007-2597

Manufacturers and Traders Trust Company
P.O. Box 65450
Salt Lake City, UT 84165-0450

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

NORTHWEST SAVINGS BANK
P O BOX 337
WARREN PA 16365-0337

Palisades Collection, LLC
PO Box 1244
Englewood Cliffs, NJ 07632-0244

Providian / Chase
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

The Law Office of Barbara A. Fein, P.C.
721 Dresher Road,Suite 1050
Horsham, PA 19044-2266

INTERNAL REVENUE SERVICE
1000 LIBERTY AVENUE ROOM705
PITTSBURGH,PA 15222-4014

LVNV Funding, LLC c/o Arrow Financial Services
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Kristen D. Little
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406-4702

Nfo Irvine Federal Credit Union
Po Box 723
Warren, PA 16365-0723

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Palisades Collections, LLC
PO Box 40728
Houston TX 77240-0728

Kenneth W Sterling
Jodi Sterling
PO Box 1513
Warren, PA 16365-6513

Tractor / Cbsd
Po Box 6500
Sioux Falls, SD 57117-6500

Instant Diagnostic Systems
PO Box 2449
Decatur, AL 35602-2449

National Fuel
Legal Dept.
P.O. Box 2081
Erie, PA 16512-2081

North American Partners in Anesthesia
PO Box 275
Glen Head, NY 11545-0275

Onemain Financial
Po Box 499
Hanover, MD 21076-0499

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Sears / Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Matthew Christian Waldt
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053-3118

Warren Area Federal Credit Union
1513 PA Avenue East
Warren, PA 16365-3142

Warren County Tax Claim Bureau
204 4th Avenue
Warren, PA 16365-2362

Warren General Hospital
Two Crescent Park West
PO Box 68
Warren, PA 16365-0068

Weisfield Jewelers/Sterling Jewelers Inc
Attention: Bankruptcy
Po Box 1799
Akron, OH 44309-1799

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Wyrhsr Mtg / Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165-0250