# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kenneth W. Sterling  
         <u>Debtor</u>

CHAPTER 13

BKY. NO. 12-10676 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio as Servicer for Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9768

                                            Respectfully submitted,

                                            **/s/ Joshua I. Goldman, Esquire**  
                                            Joshua I. Goldman, Esquire  
                                            jgoldman@kmllawgroup.com  
                                            Attorney I.D. No. 205047  
                                            KML Law Group, P.C.  
                                            701 Market Street, Suite 5000  
                                            Philadelphia, PA 19106  
                                            Phone: 215-825-6306  
                                            Fax: 215-825-6406  
                                            Attorney for Movant/Applicant