**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kenneth W Sterling** | : | Case No. 12−10676−TPA |
| **Jodi Sterling** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass−Through Certificates, Series 1999−3 | : | Related to Claim No. 2 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Kenneth W Sterling | : | |
| Jodi Sterling | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **9th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass−Through Certificates, Series 1999−3* at Claim No. 2 in the above−captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kenneth W Sterling
Jodi Sterling
      Debtors

Case No. 12-10676-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Dec 09, 2016
                         Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
db/jdb       +Kenneth W Sterling,   Jodi Sterling,   PO Box 1513,   Warren, PA 16365-6513
13394627     +Manufacturers and Traders Trust Company, as Truste,   By and Through its Loan Servicing Agent,,
          Select Portfolio Servicing, Inc.,   P.O. Box 65450,   Salt Lake City, UT 84165-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
            Daniel P. Foster    on behalf of Joint Debtor Jodi  Sterling dan@mrdebtbuster.com,
             clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
            Daniel P. Foster    on behalf of Debtor Kenneth W Sterling dan@mrdebtbuster.com,
             clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
            Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
            Joshua I. Goldman    on behalf of Creditor   Manufacturers and Traders Trust Company, as trustee,
           on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
           bkgroup@kmllawgroup.com
            Kristen D. Little    on behalf of Creditor   Manufacturers and Traders Trust Company,  as Trustee,
           By and Through its Loan Servicing Agent, Select Portfolo Servicing, Inc. pabk@logs.com
            Matthew Christian Waldt    on behalf of Creditor   Manufacturers and Traders Trust Company, as
           trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series
           1999-3 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
            Matthew John McClelland    on behalf of Creditor   Manufacturers and Traders Trust Company, as
           trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series
           1999-3 bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                     TOTAL: 9