**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/04/2017

IN RE:

KENNETH W STERLING
JODI STERLING
PO BOX 1513
WARREN, PA 16365
XXX-XX-8655          Debtor(s)

XXX-XX-2706

Case No.12-10676 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/4/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KRISTEN D LITTLE ESQ**<br>LAW OFFICES OF BARBARA A FEIN PC*<br>721 DRESHER RD STE 1050<br><br>HORSHAM, PA  19044 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  MANUFACTURERS AND TRADERS CO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FORD MOTOR CREDIT CO(*)**<br>DRAWER 55-953  CH 13*<br>POB 55000*<br><br>DETROIT, MI  48255 | Trustee Claim Number:2   INT %: 5.25%<br>Court Claim Number:4<br><br>CLAIM:  19,054.97<br>COMMENT:  $CL-PL*5.25%MDF/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3115 |
| **MANUFACTURERS & TRADERS TRST**<br>C/O SLCT PRTFOLIO/FKA FAIRBNKS<br>POB 65450*<br><br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*903.67/CONF*DKT4PMT-LMT*BGN 6/12 | CRED DESC:  PRIMARY RES MORTGAGE REC<br>ACCOUNT NO.:  9768 |
| **WARREN COUNTY TAX CLAIM BUREAU**<br>WARREN COUNTY COURTHOUSE<br>204 4TH AVE<br><br>WARREN, PA  16365 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  REMOVED FR PL DUE TO ESCROW | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  00027373;11 |
| **AARP MEDICARE RX PLANS**<br>POB 29300<br><br>HOT SPRINGS, AR  71903 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0291 |
| **CACH LLC/CACV/COLLECT AMERICA(*)**<br>PO BOX 5980<br><br>DENVER, CO  80217 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0267 |
| **CACV OF COLORADO LLC****<br>C/O WELTMAN WEINBERG & REIS<br>2500 KOPPERS BLDG<br>436 SEVENTH AVE<br>PITTSBURGH, PA  15219 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AVD/OE*NT ADR/SCH~JUDGMENT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0073 |
| **CAPITAL ONE AUTO FNC/FKA SUMMIT****<br>BANKRUPTCY PAYMENTS*<br>PO BOX 260848*<br><br>PLANO, TX  75026-0848 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...1001 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...6864 |
| **THE CBE GROUP++**<br>POB 480<br><br>WATERLOO, IA | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0944 |

| Creditor | Address | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|---|
| **PENN CREDIT CORP** | POB 988* HARRISBURG, PA 17108 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: WARREN GENERAL HOPS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...4031 |
| **PENN CREDIT CORP** | POB 988* HARRISBURG, PA 17108 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...1656 |
| **PENN CREDIT CORP** | POB 988* HARRISBURG, PA 17108 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...7201 |
| **PENN CREDIT CORP** | POB 988* HARRISBURG, PA 17108 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...4423 |
| **PENN CREDIT CORP** | POB 988* HARRISBURG, PA 17108 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: F80183676 |
| **PENN CREDIT CORP** | POB 988* HARRISBURG, PA 17108 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...4152 |
| **NORTHWEST CONSUMER DISC CO(*)** | POB 863 WARREN, PA 16365 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: COMM CDC/SCH~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...0002 |
| **NORTHWEST CONSUMER DISC CO(*)** | POB 863 WARREN, PA 16365 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: COMM CDC/SCH~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...0001 |
| **NATIONAL FUEL GAS DISTRIB CORP** | POB 2081 ERIE, PA 16512 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: 8 | CLAIM: 492.76 COMMENT: 8947/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4530 |
| **ENHANCED RECOVERY CORP++** | 10550 DEERFIELD PARK STE 600 JACKSONVILLE, FL 32256 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH~DISH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...0552 |

| Creditor | Address | Trustee Claim # | Court Claim # | Cred Desc | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **ENHANCED RECOVERY CORP++** | 10550 DEERFIELD PARK STE 600, JACKSONVILLE, FL 32256 | 21 | | UNSECURED CREDITOR | ...6720 | 0.00 | NT ADR~NO$/SCH |
| **FEDERAL PACIFIC COMPANY** | PO BOX 27198, SALT LAKE, UT 84127 | 22 | | UNSECURED CREDITOR | ...43N1 | 0.00 | NT ADR~FEDERAL PAC COMANY/SCH |
| **FIRST PREMIER BANK** | POB 5114, SIOUX FALLS, SD 57117 | 23 | | UNSECURED CREDITOR | ...3141 | 0.00 | NT ADR/SCH |
| **FIRST PREMIER BANK** | POB 5114, SIOUX FALLS, SD 57117 | 24 | | UNSECURED CREDITOR | ...2584 | 0.00 | NT ADR~NO$/SCH |
| **FORD MOTOR CREDIT CO(*)** | DRAWER 55-953 CH 13* POB 55000* DETROIT, MI 48255 | 25 | | UNSECURED CREDITOR | ...5267 | 0.00 | NO$/SCH |
| **GEMB/HH GREGG++** | POB 103106, ROSWELL, GA 30076 | 26 | | UNSECURED CREDITOR | ...9073 | 0.00 | NO$/SCH |
| **GEMB/JCPENNEY++** | ATTENTION: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076 | 27 | | UNSECURED CREDITOR | ...5688 | 0.00 | NO$/SCH |
| **GREAT LAKES HOME HEALTHCARE** | 1647 SASSAFRAS ST, ERIE, PA 16502 | 28 | | UNSECURED CREDITOR | ...1638 | 0.00 | NT ADR/SCH |
| **HAMOT MEDICAL CENTER*** | PATIENT ACCOUNTING DEPT, 201 STATE ST, ERIE, PA 16550 | 29 | | UNSECURED CREDITOR | ...0691 | 0.00 | |
| **HAMOT SURGERY CNTR** | 200 STATE ST, ERIE, PA 16507-1420 | 30 | | UNSECURED CREDITOR | ...4642 | 0.00 | |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **HSBC BANK++** <br> POB 5253 <br> CAROL STREAM, IL  60197 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...1733 |
| **HSBC BANK USA++** <br> POB 5213 <br> CAROL STREAM, IL  60197 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...4256 |
| **HSBC BANK USA++** <br> POB 5213 <br> CAROL STREAM, IL  60197 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...3566 |
| **IC SYSTEM INC** <br> 444 HIGHWAY 96 E <br> POB 64378 <br> ST PAUL, MN  55164 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...0481 |
| **INSTANT DIAGNOSTIC SYSTEMS** <br> POB 2449 <br> DECATUR, AL  35602 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...RK04 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...4256 |
| **NRA GROUP LLC*** <br> POB 67015 <br> HARRISBURG, PA  17106-7015 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: BRADFORD EXCHANGE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...7654 |
| **NFO IRVINE FCU** <br> 213 THIRD AVE W STE 208 <br> WARREN, PA  16365-2357 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...1102 |
| **NFO IRVINE FCU** <br> 213 THIRD AVE W STE 208 <br> WARREN, PA  16365-2357 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...1569 |
| **NFO IRVINE FCU** <br> 213 THIRD AVE W STE 208 <br> WARREN, PA  16365-2357 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...1112 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 6,877.00<br>COMMENT: 4043/SCH*ONE MAIN FINANCIAL*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9778 |
| **NORTH AMERICAN PARTNERS IN ANESTHESIA**<br>POB 275<br>GLEN HEAD, NY  11545 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8447 |
| **NORTHWEST SAVINGS BANK****<br>COLLECTIONS DEPT*<br>POB 337*<br>WARREN, PA  16365 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5325 |
| **ONE MAIN FINANCIAL****<br>PO BOX 70911<br>CHARLOTTE, NC  28272-0911 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*SEE CID 41 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0354 |
| **PALISADES ACQUISITION/PALISADES CLLCTNS**<br>C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES<br>POB 40728<br>HOUSTON, TX  77240 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 7,380.00<br>COMMENT: KAWASAKI | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1066 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH~PROVIDIAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2563 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 75.54<br>COMMENT: NO$/SCH*GECC/SAMS CLUB*ARROW FNNCL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2787 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 721.00<br>COMMENT: NO$/SCH*SEARS/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1331 |
| **SEVENTH AVENUE**<br>1112 7TH AVE<br>MONROE, WI  53566 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...763O |
| **TRACT/CBSD++**<br>POB 9714<br>GRAY, TN  37615 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1511 |

| Creditor | Claim Info | Description |
|---|---|---|
| **WARREN FCU**<br>1513 PENN AVE E<br><br>WARREN, PA 16365 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AVD/OE*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0174 |
| **WARREN GENERAL HOSPITAL**<br>TWO CRESENT PARK<br><br>WARREN, PA 16365 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8134 |
| **WEISFIELD JEWELERS**<br>ATTN: BANKRUPTCY<br>POB 3680<br>AKRON, OH 44309 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3989 |
| **WEISFIELD JEWELERS**<br>ATTN: BANKRUPTCY<br>POB 3680<br>AKRON, OH 44309 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6734 |
| **FIA CARD SVCS AKA BANK OF AMER**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 6,556.49<br>COMMENT: NT/SCH*FR FIA CARD SVCS*DOC 22*AMD*MBNA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3808 |
| **MANUFACTURERS & TRADERS TRST**<br>C/O SLCT PRTFOLIO/FKA FAIRBNKS<br>POB 65450*<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 16,341.40<br>COMMENT: $CL-PL@SPS/PL | CRED DESC: PRIMARY RES MORTGAGE ARR<br>ACCOUNT NO.: 9768 |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 264.80<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5530 |
| **GINNYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 130.13<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5630 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,868.80<br>COMMENT: $@0%/PL-CL*NT/SCH-PL*FLD AFT BAR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8655 |