FILED
5/10/17 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   KENNETH W STERLING
JODI STERLING
         Debtor(s)
   Ronda J. Winnecour, Trustee
    Movant
      vs.
   KENNETH W STERLING
JODI STERLING

       Respondents

Case No.12-10676TPA

Chapter 13

Document No.____111____

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _____10th_____ day of _____May_____ , 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

United Refining Co
Attn: Payroll Manager
Pob 780
Warren,PA 16365

is hereby ordered to immediately terminate the attachment of the wages of JODI STERLING, social security number XXX-XX-2706.   No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JODI STERLING.

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 12-10676-TPA
Kenneth W Sterling                                              Chapter 13
Jodi Sterling
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: lfin          Page 1 of 1              Date Rcvd: May 10, 2017
                               Form ID: pdf900     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db/jdb          +Kenneth W Sterling,   Jodi Sterling,   PO Box 1513,   Warren, PA 16365-6513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Joint Debtor Jodi  Sterling dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Kenneth W Sterling dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   Manufacturers and Traders Trust Company, as trustee,
           on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
           bkgroup@kmllawgroup.com
          Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
          Joshua I. Goldman    on behalf of Creditor   Manufacturers and Traders Trust Company, as trustee,
           on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
           bkgroup@kmllawgroup.com
          Kristen D. Little    on behalf of Creditor   Manufacturers and Traders Trust Company,  as Trustee,
           By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com
          Matthew Christian Waldt    on behalf of Creditor   Manufacturers and Traders Trust Company, as
           trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series
           1999-3 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Matthew John McClelland    on behalf of Creditor   Manufacturers and Traders Trust Company, as
           trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series
           1999-3 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 10
```