FILED
6/29/17 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-10676-TPA |
| | : | |
| Kenneth W Sterling and | : | CHAPTER 13 |
| Jodi Sterling, | : | |
|     Debtors, | : | |
| | : | DOCKET NO.: 115 |
| Kenneth W Sterling, | : | |
|     Movant, | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondents. | : | |

**ORDER REGARDING DEBTORS' MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE CERTIFICATE**

**AND NOW** on this ___29th___ day of ___June___, 2017, upon consideration of the within **MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE CERTIFICATE**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the requirement of a Financial Management Course Certificate be waived as to the Movant, Kenneth W Sterling.

BY THE COURT:

_____ vas
Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-10676-TPA
Kenneth W. Sterling                                                   Chapter 13
Jodi Sterling
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lfin                 Page 1 of 1                Date Rcvd: Jun 29, 2017
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
db/jdb         +Kenneth W. Sterling,    Jodi Sterling,    PO Box 1513,    Warren, PA 16365-6513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Kenneth W. Sterling dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Jodi  Sterling dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Manufacturers and Traders Trust Company, as trustee,
               on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
               bkgroup@kmllawgroup.com
              Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
              Joshua I. Goldman    on behalf of Creditor    Manufacturers and Traders Trust Company, as trustee,
               on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
               bkgroup@kmllawgroup.com
              Kristen D. Little    on behalf of Creditor    Manufacturers and Traders Trust Company,  as Trustee,
               By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Manufacturers and Traders Trust Company, as
               trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series
               1999-3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew John McClelland    on behalf of Creditor    Manufacturers and Traders Trust Company, as
               trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series
               1999-3 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10