IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy No. 12-10676-TPA** |
| | : | |
| **Kenneth W Sterling and** | : | |
| **Jodi Sterling,** | : | |
| **Debtors,** | : | |
| | : | **Chapter 13** |
| **Kenneth W Sterling and** | : | |
| **Jodi Sterling,** | : | |
| **Movants,** | : | |
| **v.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13, Trustee,** | : | |
| **Respondent.** | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtors have made all payments required by the Chapter 13 Plan.

2.      The Debtors are not required to pay any Domestic Support Obligations.

3.      The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On July 3, 2017, at docket numbers 118 and 119 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

        This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>July 3, 2017</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

**PAWB Local Form 24 (07/13)**