Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Kenneth W. Sterling** : | Case No. 12−10676−TPA |
| **Jodi Sterling** : | Chapter: 13 |
|    *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
|    *Movant(s),* : | |
| : | Related to Document No. 122 |
| v. : | |
| **No Respondents** : | Hearing Date: 10/11/17 at 12:00 PM |
|    *Respondent(s).* : | |
| : | |

## ORDER SCHEDULING DATE FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this **28th day of July, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 122 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before September 11, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **October 11, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 12-10676-TPA
Kenneth W. Sterling                                                      Chapter 13
Jodi Sterling
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 3              Date Rcvd: Jul 28, 2017
                                         Form ID: 300b           Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
```
db/jdb         +Kenneth W. Sterling,    Jodi Sterling,    PO Box 1513,    Warren, PA 16365-6513
cr             +Manufacturers and Traders Trust Company, as Trust,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
13374394       +AARP Medicare Rx Plans,    PO Box 29300,    Hot Springs National Park, AR 71903-9300
13374395        American Security Insurance Company,    PO Box 50335,    Atlanta, GA 30302
13398017      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                 Wilmington, DE 19886-5102)
13997790       +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,    P O Box 982284,
                 El Paso, TX 79998-2284
13374397      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court: CACV of Colorado LLC,     370 17th Street,    Denver, CO 80202)
13374399       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13374401       +Central Credit / Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
13374402       +Comm Consumer Discount Company,    Po Box 863,    Warren, PA 16365-0863
13418762       +Country Door,   c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas TX 75374-0933
13374403       +Credit Protection Association,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
13403768        FIA Card Services, N.A. as successor in,    interest to Bank of America, N.A. (USA),
                 and MBNA America Bank, N.A.,    POB 3001,    Malvern, PA 19355-0701
13374408      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,     PO Box 6275,    Deerborn, MI 48121)
13374405       +Federal Pac Company,    PO Box 27198,    Salt Lake City, UT 84127-0198
13374407       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13374406       +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
13410425        Ford Motor Credit Company LLC,,    a Delaware Limited Liability Company,
                 c/o Weltman, Weinberg & Reis,    1400 Koppers Building, 436 7th Avenue,    Pittsburgh, PA 15219
13424189       +Ginny's,   c/of Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13374411       +Great Lakes Home Healthcare,    PO Box 643730,    Pittsburgh, PA 15264-3730
13374412       +Hamot Medical Center,    C/O Patient Accounts,    201 State Street,    Erie, PA 16550-0002
13374413       +Hamot Surgery Center, LLC,    200 State Street,    Erie, PA 16507-1499
13374414       +Hsbc / RS,   Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
13374415       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13374416       +IC Systems, Inc.,    Attn: Bankruptcy,    Po Box 64378,    Saint Paul, MN 55164-0378
13374417       +Instant Diagnostic Systems,    PO Box 2449,    Decatur, AL 35602-2449
13374418       +Law Firm of Allan C. Smith, PC,    The Bucks County Office Center,    1276 Veterans Highway,
                 Suite E-1,    Bristol, PA 19007-2597
13394627       +Manufacturers and Traders Trust Company, as Truste,    By and Through its Loan Servicing Agent,,
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
13374423      ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
               (address filed with court: Northwest Savings Bank,     100 Liberty Street,    Warren, PA 16365)
13374421       +Nfo Irvine Federal Credit Union,    Po Box 723,    Warren, PA 16365-0723
13374422       +North American Partners in Anesthesia,    Pennsylvania, LLP,    PO Box 275,
                 Glen Head, NY 11545-0275
13374425       +Palisades Collection, LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
13374426       +Providian / Chase,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13374428       +Sears / Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13374429       +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
13374430       +Tractor / Cbsd,    Po Box 6500,    Sioux Falls, SD 57117-6500
13392763       +Warren Area Federal Credit Union,    1513 PA Avenue East,    Warren, PA 16365-3142
13374432       +Warren General Hospital,    Two Crescent Park West,    PO Box 68,    Warren, PA 16365-0068
13374433       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
13374435       +Wyrhsr Mtg / Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13374396       +E-mail/Text: ebn@squaretwofinancial.com Jul 29 2017 01:11:00     
                 Cach Llc / Square Two Financial,    4340 South Monaco Street,    2nd Floor,
                 Denver, CO 80237-3485
13374398       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 29 2017 01:08:00     
                 Capital One Auto Finance,    3905 North Dallas Parkway,    Plano, TX 75093-7892
13374400       +E-mail/Text: bankruptcynotices@cbecompanies.com Jul 29 2017 01:10:59      Cbe Group,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
13374404       +E-mail/Text: bknotice@erccollections.com Jul 29 2017 01:10:47      Enhanced Recovery Corporation,
                 Attention: Client Services,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13374409       +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2017 01:07:47      GE Money Bank / HH Gregg,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13374410       +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2017 01:07:47      GE Money Bank / JCPenney,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13625604        E-mail/Text: cio.bncmail@irs.gov Jul 29 2017 01:10:24     INTERNAL REVENUE SERVICE,
                 1000 LIBERTY AVENUE ROOM705,    PITTSBURGH,PA 15222
13420961        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 29 2017 01:10:56      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
```

```
District/off: 0315-1           User: vson                  Page 2 of 3                   Date Rcvd: Jul 28, 2017
                               Form ID: 300b               Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13484991         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2017 01:07:58
                  LVNV Funding, LLC its successors and assigns as,    assignee of One Main Financial Inc.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13486635         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2017 01:07:50
                  LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                  LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13374419        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2017 01:07:59       Lvnv Funding Llc,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13452414        +E-mail/Text: Bankruptcy@natfuel.com Jul 29 2017 01:10:43      National Fuel,   Legal Dept.,
                  P.O. Box 2081,   Erie, PA 16512-2081
13374420        +E-mail/Text: Bankruptcies@nragroup.com Jul 29 2017 01:11:25      National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
13374424        +E-mail/PDF: cbp@onemainfinancial.com Jul 29 2017 01:07:47      Onemain Financial,   NTBS-2320,
                  6801 Colwell Boulevard,    Irving, TX 75039-3198
13379491         E-mail/Text: ebn@vativrecovery.com Jul 29 2017 01:10:26      Palisades Collections, LLC,
                  Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Collections, LLC,
                  PO Box 40728,   Houston TX 77240-0728
13374427        +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2017 01:07:47      Sams Club / GE Money Bank,
                  Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13395251        +E-mail/Text: kristend@lobaf.com Jul 29 2017 01:10:59
                  The Law Office of Barbara A. Fein, P.C.,    721 Dresher Road,Suite 1050,
                  Horsham, PA 19044-2266
13374431        +E-mail/Text: pgilbert@warren-county.net Jul 29 2017 01:11:04       Warren County Tax Claim Bureau,
                  204 4th Avenue,   Warren, PA 16365-2362
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Manufacturers and Traders Trust Company, as truste
13374434*      +Weisfield Jewelers/Sterling Jewelers Inc,   Attention: Bankruptcy,   Po Box 1799,
                  Akron, OH 44309-1799
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Jodi  Sterling dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Kenneth W. Sterling dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Manufacturers and Traders Trust Company, as trustee,
               on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
               bkgroup@kmllawgroup.com
              Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
              Joshua I. Goldman    on behalf of Creditor    Manufacturers and Traders Trust Company, as trustee,
               on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
               bkgroup@kmllawgroup.com
              Kristen D. Little    on behalf of Creditor    Manufacturers and Traders Trust Company, as Trustee,
               By and Through its Loan Servicing Agent, Select Portfolo Servicing, Inc. pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Manufacturers and Traders Trust Company, as
               trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series
               1999-3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew John McClelland    on behalf of Creditor    Manufacturers and Traders Trust Company, as
               trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series
               1999-3 bkgroup@kmllawgroup.com
```

```
District/off: 0315-1           User: vson                 Page 3 of 3            Date Rcvd: Jul 28, 2017
                               Form ID: 300b              Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov
   Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
                                            TOTAL: 10