**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| In re:<br>　　KENNETH W STERLING<br>　　JODI STERLING<br>　　　　　Debtor(s) | Case No. 12-10676TPA |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 05/08/2012.

　　2) The plan was confirmed on 07/24/2012.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 11/14/2012, 08/15/2013.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5) The case was completed on 05/02/2017.

　　6) Number of months from filing to last payment: 60.

　　7) Number of months case was pending: 65.

　　8) Total value of assets abandoned by court order: NA.

　　9) Total value of assets exempted: $52,665.58.

　　10) Amount of unsecured claims discharged without payment: $36,931.38.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | |
|---|---:|
| Total paid by or on behalf of the debtor | $106,793.01 |
| Less amount refunded to debtor | $896.06 |
| **NET RECEIPTS:** | **$105,896.95** |

| Expenses of Administration: | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,140.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,884.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,024.00** |
| Attorney fees paid and disclosed by debtor: | $560.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARP MEDICARE RX PLANS | Unsecured | 602.40 | NA | NA | 0.00 | 0.00 |
| CACH LLC/CACV/COLLECT AMERICA | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| CACV OF COLORADO LLC** | Unsecured | 7,059.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FNC/FKA SUMM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY DOOR | Unsecured | NA | 264.80 | 264.80 | 63.43 | 0.00 |
| ENHANCED RECOVERY CORP++ | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL PACIFIC COMPANY | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SVCS AKA BANK OF AMER | Unsecured | NA | 6,556.49 | 6,556.49 | 1,570.59 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO(*) | Secured | 19,156.00 | 19,054.97 | 19,054.97 | 19,054.97 | 2,505.83 |
| GEMB/HH GREGG++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | NA | 130.13 | 130.13 | 31.17 | 0.00 |
| GREAT LAKES HOME HEALTHCARE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| HAMOT MEDICAL CENTER* | Unsecured | 763.78 | NA | NA | 0.00 | 0.00 |
| HAMOT SURGERY CNTR | Unsecured | 218.14 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INSTANT DIAGNOSTIC SYSTEMS | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | NA | 1,868.80 | 1,868.80 | 1,868.80 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 0.00 | 721.00 | 721.00 | 172.72 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 0.00 | 75.54 | 75.54 | 18.10 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 9,511.00 | 6,877.00 | 6,877.00 | 1,647.37 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MANUFACTURERS & TRADERS TRST | Secured | 79,895.00 | 95,204.64 | 0.00 | 53,712.67 | 0.00 |
| MANUFACTURERS & TRADERS TRST | Secured | 0.00 | 16,341.40 | 16,341.40 | 16,341.40 | 0.00 |
| NATIONAL FUEL GAS DISTRIB CORP | Unsecured | 393.00 | 492.76 | 492.76 | 118.04 | 0.00 |
| NFO IRVINE FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NFO IRVINE FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NFO IRVINE FCU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH AMERICAN PARTNERS IN AN | Unsecured | 102.60 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SAVINGS BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NRA GROUP LLC* | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 5,508.00 | NA | NA | 0.00 | 0.00 |
| PALISADES ACQUISITION/PALISADE: | Unsecured | 7,380.00 | 7,380.00 | 7,380.00 | 1,767.86 | 0.00 |
| PENN CREDIT CORP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE CBE GROUP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRACT/CBSD++ | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| WARREN COUNTY TAX CLAIM BURL | Priority | 2,420.65 | NA | NA | 0.00 | 0.00 |
| WARREN FCU | Unsecured | 2,740.02 | NA | NA | 0.00 | 0.00 |
| WARREN GENERAL HOSPITAL | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| WEISFIELD JEWELERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEISFIELD JEWELERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $53,712.67 | $0.00 |
| Mortgage Arrearage | $16,341.40 | $16,341.40 | $0.00 |
| Debt Secured by Vehicle | $19,054.97 | $19,054.97 | $2,505.83 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$35,396.37** | **$89,109.04** | **$2,505.83** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,868.80 | $1,868.80 | $0.00 |
| **TOTAL PRIORITY:** | **$1,868.80** | **$1,868.80** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,497.72** | **$5,389.28** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $7,024.00 |
| Disbursements to Creditors | $98,872.95 |
| **TOTAL DISBURSEMENTS** : | **$105,896.95** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/04/2017                     By: /s/ Ronda J. Winnecour
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**